**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EFG BANK AG, CAYMAN BRANCH,<br><br>                           Plaintiff,<br><br>v.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>                           Defendant. | Case No.: 2:16-cv-08103-DSF-RAO<br><br>**ORDER GRANTING THE PARTIES' STIPULATION REGARDING PLAINTIFF'S FORTHCOMING AMENDED COMPLAINT** |

Currently before the Court is the stipulation of Plaintiff EFG Bank AG, Cayman Branch ("EFG") and Defendant AXA Equitable Life Insurance Company ("AXA"), providing that EFG will file an amended complaint; and that AXA is not required to respond to the initial Complaint. The Court having considered the Parties' stipulation and with good cause appearing therefore, it is hereby ORDERED as follows:

1. EFG may file an amended complaint on or before March 31, 2017.

2. AXA is not required to respond to the initial Complaint on or before the current response deadline of March 17, 2017.

**IT IS SO ORDERED.**

DATED: 3/17/17

*/s/ Dale S. Fischer*
Dale S. Fischer
United States District Judge