# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFG BANK AG, CAYMAN BRANCH; WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for EFG BANK AG, CAYMAN BRANCH; DLP MASTER TRUST; GWG DLP MASTER TRUST; LIFE FUNDING TRUST; PF PARTICIPATION FUNDING TRUST; AND PALM BEACH SETTLEMENT COMPANY,<br><br>                              Plaintiffs,<br><br>v.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>                              Defendant. | Case No. 2:16-cv-08103-DSF-RAO<br><br>**ORDER SETTING THE PARTIES' BRIEFING SCHEDULE AND HEARING FOR DEFENDANT'S MOTION TO TRANSFER VENUE OR, IN THE ALTERNATIVE, FOR PARTIAL DISMISSAL OF THE FIRST AMENDED COMPLAINT** |

Currently before the Court is the stipulation of Plaintiffs EFG Bank AG, Cayman Branch ("EFG") and Wells Fargo Bank, National Association ("Wells Fargo"), as securities intermediary for EFG (EFG and Wells Fargo together, "EFG Plaintiffs"), and Plaintiffs DLP Master Trust, GWG DLP Master Trust, Life Funding Trust, PF Participation Funding Trust, and Palm Beach Settlement Company (collectively, "EAA Plaintiffs," and together with EFG Plaintiffs, "Plaintiffs") and Defendant AXA Equitable Life Insurance Company ("AXA"), providing a briefing schedule and hearing date for AXA's Motion to Transfer Venue Or, in the Alternative, for Partial Dismissal of the First Amended Complaint ("Motion"), which AXA filed on May 8, 2017. The Court having considered the Parties' stipulation and with good cause appearing therefor, it is hereby ORDERED as follows:

1. Plaintiffs will file their opposition to AXA's Motion on or before May 22, 2017;
2. AXA will file its reply in further support of its Motion on or before June 1, 2017; and
3. The hearing on AXA's Motion shall be set for June 19, 2017.

**IT IS SO ORDERED.**

DATED: 6/8/17

_____
Dale S. Fischer
United States District Judge

- 1 -