UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:16-cv-08103-DSF (RAOx) | Date | June 16, 2017 |
|---|---|---|---|
| Title | EFG BANK AG, CAYMAN BRANCH ET AL. v. AXA EQUITABLE LIFE INSURANCE COMPANY | | |

| Present: The Honorable | DALE S. FISCHER | | |
|---|---|---|---|
| Debra Plato | Not Present | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** ORDER RE NOTICE OF RELATED CASES (Filed October 31, 2016, Dkt. 5)

Plaintiffs' notice of related cases in this action (the "AXA Action"), Dkt. 5, lists DCD Partners, LLC v. Transamerica Life Insurance Company, Case No. 2:15-cv-03238-CAS-AJW (the "DCD Partners Action"), and Feller v. Transamerica Life Insurance Company, Case No. 2:16-cv-01378-CAS-AJW (the "Feller Action"), among the related cases. Both the DCD Partners Action and the Feller Action are presently before the Honorable Christina A. Snyder. Judge Snyder has previously concluded that the AXA Action is not related to the DCD Partners Action because those cases do not appear to call for determination of the same or substantially related questions of fact or law. Dkt. 11.

**No later than June 23, 2017**, plaintiffs' counsel shall file a memorandum, not to exceed three pages, supplementing the initial notice of related cases in this matter. Plaintiffs' supplemental memorandum shall explain in greater detail the factual basis for counsel's belief that the AXA Action qualifies as a related case to the Feller Action, and shall be filed in both actions.

IT IS SO ORDERED.

Initials of Preparer